UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 3:93-cr-171-J-99MMH

DELIO SAENZ-CHAPA

_____/

### ORDER

Before the Court is Defendant Delio Saenz-Chapa's Motion for Recusal of the United States Attorneys Office and Transfer of the Case to the Southern District of Texas (Doc. No. 112, filed on May 13, 2005) and the Response filed by the United States (Doc. No. 113, filed on June 2, 2005). The Motion is **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida this 9th day of June, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Teresa Sopp, Esq.
AUSA